## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CHAD KAMMERUDE,

      Defendant.

No. 10-cr-1018

**MOTION FOR DISCLOSURE OF
LIST OF PERSONS APPEARING
BEFORE GRAND JURY**

_____

NOW COMES the defendant, Chad Kammerude, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court for an Order, pursuant to Rule 6(d) of the Federal Rules of Criminal Procedure, requiring the Government to disclose to the defendant a list of all persons appearing before the grand jury which returned the Indictment in this action, other than persons testifying to matters wholly unrelated to this action, because disclosure is required for defendant to determine whether Rule 6(d) of the Federal Rules of Criminal Procedure was violated and, if so, to seek relief from this Court.

Dated this 25th day of October, 2010.

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg            
Mark A. Eisenberg
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant, Chad Kammerude

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Daniel C. Tvedt, Assistant United States Attorney

/s/ Mark A. Eisenberg
Mark A. Eisenberg